UNITED STATES BANKRUPTCY COURT District of Arizona

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/30/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| BENJAMIN EDUARDO ACOSTA<br>4110 W. EL CAMINO DRIVE<br>PHOENIX, AZ 85051 | MARIA DEL CARMEN ACOSTA<br>4110 W. EL CAMINO DRIVE<br>PHOENIX, AZ 85051 |
| Case Number:<br>2:10−bk−08802−RTB | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1278<br>xxx−xx−4457 |
| Attorney for Debtor(s) (name and address):<br>JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737<br>Telephone number: 623−939−6546 | Bankruptcy Trustee (name and address):<br>LOTHAR GOERNITZ<br>P.O. BOX 32961<br>PHOENIX, AZ 85064−2961<br>Telephone number: 602−263−5413 |

## Meeting of Creditors

Date: **May 3, 2010**　　　　　　　　　　　　　　Time: **11:30 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 7/2/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 3/31/10 |

| | **EXPLANATIONS** | **B9A (Official Form 9A) (12/07)** |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: purvisa              Page 1 of 1                Date Rcvd: Mar 31, 2010
Case: 10-08802                 Form ID: b9a               Total Noticed: 28
```

The following entities were noticed by first class mail on Apr 02, 2010.
```
db/jdb     +BENJAMIN EDUARDO ACOSTA,   MARIA DEL CARMEN ACOSTA,   4110 W. EL CAMINO DRIVE,
             PHOENIX, AZ 85051-4630
aty         JOSEPH W. CHARLES,   LAW OFFICES OF JOSEPH W. CHARLES, P.C.,   PO BOX 1737,
             GLENDALE, AZ 85311-1737
tr          LOTHAR GOERNITZ,   P.O. BOX 32961,   PHOENIX, AZ 85064-2961
9055169     ACS,   PO BOX 7051,   Utica NY 13504-7051
9055171    +ARON & ASSOCIATES,   1615 E. FORT LOWELL,   TUCSON AZ 85719-7306
9055172     ARROWHEAD COLLECTIONS, INC.,   4150 West Peoria Avenue,   Suite 222,   Phoenix AZ 85029-3956
9055174    +CAPITAL MANAGEMENT SERVICES,   726 EXCHANGE ST, #700,   BUFFALO NY 14210-1464
9055177    +FRY'S ELECTRONICS,   2300 WEST BASELINE ROAD,   TEMPE AZ 85283-1042
9055179    +MARYVALE PEDIATRIC CLINIC,   4700 North 51st Avenue,   Phoenix AZ 85031-1295
9055181     SIMONMED IMAGING,   P. O. Box 52001 DC 905,   Phoenix AZ 85072-2001
9055182    +ST. JOSEPH'S HOSPITAL & MEDICAL CENTER,   P. O. Box 36520,   Phoenix AZ 85067-6520
9055183    +SURETY ACCEPTANCE CORPORATION,   P. O. Box 12949,   Tucson AZ 85732-2949
9055184     THE ROOM STORE/WELLS FARGO,   P O BOX 94498,   LAS VEGAS NV 89193-4498
9055185    +TOMMY'S AUTO SALES,   5210 N 27th Ave,   Phoenix AZ 85017-2933
9055186    +UNITED RECOVERY SYSTEMS,   5800 NORTH COURSE DRIVE,   Houston TX 77072-1613
9055187    +VANTAGE WEST CREDIT UNION,   P.O. BOX 15115,   Tucson AZ 85708-0115
9055188     WACHOVIA,   P. O. Box 7057,   Utica NY 13504-7057
9055190    +WELLS FARGO HOME EQUITY,   4455 ARROWHEAD DRIVE,   Colorado Springs CO 80908-3781
```
The following entities were noticed by electronic transmission on Mar 31, 2010.
```
tr          EDI: QLHGOERNITZ.COM Mar 31 2010 18:58:00     LOTHAR GOERNITZ,   P.O. BOX 32961,
             PHOENIX, AZ 85064-2961
smg         EDI: AZDEPREV.COM Mar 31 2010 18:58:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
9055170     EDI: RMCB.COM Mar 31 2010 18:58:00     AMERICAN MEDICAL COLLECTION AGENCY,   P. O. Box 1235,
             Elmsford NY 10523-0935
9055173    +EDI: HFC.COM Mar 31 2010 18:58:00     BEST BUY,   P. O. Box 60148,
             City Of Industry CA 91716-0148
9055175     EDI: CHASE.COM Mar 31 2010 18:58:00     CHASE CARDMEMBER SERVICES,   P. O. Box 94014,
             Palatine IL 60094-4014
9055176     EDI: DISCOVER.COM Mar 31 2010 18:58:00     DISCOVER FINANCIAL SERVICES,   P. O. Box 15255,
             Wilmington DE 19886
9055178    +EDI: RMSC.COM Mar 31 2010 18:58:00     GEMB/SAMS CLUB,   PO BOX 29116,   Mission KS 66201-1416
9055180     EDI: RMSC.COM Mar 31 2010 18:58:00     MERVYN'S,   P. O. Box 960013,   Orlando FL 32896-0013
9055186    +EDI: URSI.COM Mar 31 2010 18:58:00     UNITED RECOVERY SYSTEMS,   5800 NORTH COURSE DRIVE,
             Houston TX 77072-1613
9055189     EDI: WFFC.COM Mar 31 2010 18:58:00     WELLS FARGO,   P. O. Box 94498,   Las Vegas NV 89193-4498
9055191    +EDI: WFFC.COM Mar 31 2010 18:58:00     WELLS FARGO HOME MORTGAGE,   625 MARYVILLE CENTRE,
             SAINT LOUIS MO 63141-5834
9055192     EDI: WFFC.COM Mar 31 2010 18:58:00     WELLS FARGO VISA,   P O BOX 10347,
             DES MOINES IA 50306-0347
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2010**                    **Signature:** *Joseph Speetjens*