# United States Bankruptcy Court
## District of Arizona

| | | | |
|---|---|---|---|
| In re | **BENJAMIN EDUARDO ACOSTA**<br>**MARIA DEL CARMEN ACOSTA**<br>Debtor(s) | Case No.<br>Chapter | **2:10-bk-08802**<br>**7** |

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition:   **8982.59**   .

Debtor,   **BENJAMIN EDUARDO ACOSTA**  , declares the foregoing to be true and correct under penalty of perjury.

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition:   **4414.90**   .

Debtor,   **MARIA DEL CARMEN ACOSTA**  , declares the foregoing to be true and correct under penalty of perjury.

Date **May 12, 2010**    Signature **/s/ BENJAMIN EDUARDO ACOSTA**
                                    **BENJAMIN EDUARDO ACOSTA**
                                    Debtor

Date **May 12, 2010**    Signature **/s/ MARIA DEL CARMEN ACOSTA**
                                    **MARIA DEL CARMEN ACOSTA**
                                    Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

| | 12/06/09 | EMP NO: 459 | SOC. SEC. NO: XXX-XX-1278 | CHECK NO: 099568 | | CHECK DATE: | 12/23/09 |
|---|---|---|---|---|---|---|---|
| | 12/19/09 | REGULAR | OVERTIME | SPECIAL | HOLIDAY | VACATION | SICK | TOTAL HOURS |
| HOURS | 78.00 | | | | | | 78.00 |
| RATE | | | | | | | |
| EARNINGS | 1,365.00 | | | | | | |
| OTHER EARNINGS | | | | | | | |
| OTHER DEDUCTIONS | | | | | | | |
| TAXES | CURRENT PERIOD | YEAR-TO-DATE | | | | | |
| F.I.C.A | 84.63 | 941.10 | | | | | |
| MEDICARE | 19.79 | 220.09 | | | | | |
| FEDERAL W/H | 18.00 | 219.00 | | | | | |
| STATE W/H | 5.25 | 63.46 | | | | | YEAR-TO-DATE GROSS |
| CITY W/H | .00 | .00 | | | | | |
| OTHER | .00 | .00 | | | | | 15,178.80 |
| GROSS PAY | TOTAL TAXES | | TOTAL DEDUCTIONS | | TOTAL DEDUCTIONS & TAXES | | NET PAY |
| 1,365.00 | 127.67 | | | | 127.67 | | 1,237.33 |

Vac Due 8.48    Sck Due

*** THIS DOCUMENT HAS MICRO PRINTED SIGNATURE LINES, A TRUE WATERMARK WHICH CAN BE SEEN FROM BOTH SIDES & INVISIBLE EMBEDDED FIBERS WHICH FLUORESCE YELLOW • VOID IF THESE DO NOT APPEAR ***

**ORION PRESS**
1224 West Melinda Lane
Phoenix, Arizona 85027
623.582.1010
Fax 623.582.0309

M & I Thunderbird Bank
Phoenix, Arizona
91-404 / 1221

DATE: 12/23/09

**PAY** One Thousand Two Hundred Thirty-Seven And 33/100 Dollars

CHECK AMOUNT: **1,237.33

**TO THE ORDER OF**
BENJAMIN ACOSTA
4110 W EL COMINO DR
PHOENIX       AZ 85051

ORION PRESS PAYROLL ACCOUNT

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

| | 12/20/09 | EMP. NO: 459 | SOC. SEC. NO: XXX-XX-1278 | CHECK NO: 099582 | CHECK DATE: 01/06/10 | | |
|---|---|---|---|---|---|---|---|
| | 01/02/10 | REGULAR | OVERTIME | SPECIAL | HOLIDAY | VACATION | SICK | TOTAL HOURS |
| HOURS | | 56.46 | | | 16.00 | | | 72.46 |
| RATE | | | | | | | | |
| EARNINGS | | 988.05 | | | 280.00 | | | |
| OTHER EARNINGS | | | | | | | | |
| OTHER DEDUCTIONS | | | | | | | | |

| TAXES | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|
| F.I.C.A | 78.62 | 78.62 |
| MEDICARE | 18.39 | 18.39 |
| FEDERAL W/H | 9.00 | 9.00 |
| STATE W/H | 2.46 | 2.46 |
| CITY W/H | .00 | .00 |
| OTHER | .00 | .00 |

**ORION PRESS**
1224 West Melinda Lane • Phoenix, AZ 85027
623.582.1010 • Fax 623.582.0309

YEAR-TO-DATE GROSS: 1,268.05

| GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | TOTAL DEDUCTIONS & TAXES | NET PAY |
|---|---|---|---|---|
| 1,268.05 | 108.47 | | 108.47 | 1,159.58 |

Vac Due 10.02  Sck Due

*** THIS DOCUMENT HAS MICRO PRINTED SIGNATURE LINES, A TRUE WATERMARK WHICH CAN BE SEEN FROM BOTH SIDES & INVISIBLE EMBEDDED FIBERS WHICH FLUORESCE YELLOW • VOID IF THESE DO NOT APPEAR ***

**ORION PRESS**
1224 West Melinda Lane
Phoenix, Arizona 85027
623.582.1010
Fax 623.582.0309

M & I Thunderbird Bank
Phoenix, Arizona
91-404 / 1221

DATE: 01/06/10

PAY  One Thousand One Hundred Fifty-Nine And 58/100 Dollars

CHECK AMOUNT: **1,159.58

TO THE ORDER OF:
BENJAMIN ACOSTA
4110 W EL COMINO DR
PHOENIX         AZ 85051

ORION PRESS PAYROLL ACCOUNT

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

| | 01/03/10 | EMP. NO: 459 | SOC. SEC. NO: XXX-XX-1278 | CHECK NO: 099595 | CHECK DATE: 01/20/10 | | |
|---|---|---|---|---|---|---|---|
| | 01/16/10 | REGULAR | OVERTIME | SPECIAL | HOLIDAY | VACATION | SICK | TOTAL HOURS |
| HOURS | | 78.09 | | | | | | 78.09 |
| RATE | | | | | | | | |
| EARNINGS | | 1,366.58 | | | | | | |
| OTHER EARNINGS | | | | | | | | |
| OTHER DEDUCTIONS | | | | | | | | |

| TAXES | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|
| F.I.C.A | 84.73 | 191.97 |
| MEDICARE | 19.82 | 44.90 |
| FEDERAL W/H | 18.00 | 53.22 |
| STATE W/H | 5.30 | 7.76 |
| CITY W/H | .00 | .00 |
| OTHER | .00 | .00 |

1224 West Melinda Lane • Phoenix, AZ 85027
623.582.1010 • Fax 623.582.0309

**ORION PRESS**

YEAR-TO-DATE GROSS
3,096.16

| GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | TOTAL DEDUCTIONS & TAXES | NET PAY |
|---|---|---|---|---|
| 1,366.58 | 127.85 | | 127.85 | 1,238.73 |

Vac Due 11.56  Sck Due

THIS DOCUMENT HAS MICRO PRINTED SIGNATURE LINES, A TRUE WATERMARK WHICH CAN BE SEEN FROM BOTH SIDES & INVISIBLE EMBEDDED FIBERS WHICH FLUORESCE YELLOW • VOID IF THESE DO NOT APPEAR

**ORION PRESS**
1224 West Melinda Lane
Phoenix, Arizona 85027
623.582.1010
Fax 623.582.0309

M & I Thunderbird Bank
Phoenix, Arizona
91-404
1221

01/20/10
DATE

PAY  One Thousand Two Hundred Thirty-Eight And 73/100 Dollars

**1,238.73
CHECK AMOUNT

TO THE ORDER OF
BENJAMIN ACOSTA
4110 W EL COMINO DR
PHOENIX    AZ 85051

ORION PRESS PAYROLL ACCOUNT

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

| | 01/17/10 | EMP. NO: 459 | SOC. SEC. NO: XXX-XX-1278 | CHECK NO: 099608 | CHECK DATE: 02/03/10 | | |
|---|---|---|---|---|---|---|---|
| | 01/30/10 | REGULAR | OVERTIME | SPECIAL | HOLIDAY | VACATION | SICK | TOTAL HOURS |
| HOURS | | 69.76 | | | | | | 69.76 |
| RATE | | | | | | | | |
| EARNINGS | | 1,220.80 | | | | | | |
| OTHER EARNINGS | | | | | | | | |
| OTHER DEDUCTIONS | | | | | | | | |

| TAXES | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|
| F.I.C.A | 75.69 | 267.67 |
| MEDICARE | 17.70 | 62.59 |
| FEDERAL W/H | 4.00 | 57.22 |
| STATE W/H | 1.10 | 8.86 |
| CITY W/H | .00 | .00 |
| OTHER | .00 | .00 |

**ORION PRESS**
1224 West Melinda Lane • Phoenix, AZ 85027
623.582.1010 • Fax 623.582.0309

**YEAR-TO-DATE GROSS**
4,316.96

| GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | TOTAL DEDUCTIONS & TAXES | NET PAY |
|---|---|---|---|---|
| 1,220.80 | 98.49 | | 98.49 | 1,122.31 |

Vac Due 13.10  Sck Due

THIS DOCUMENT HAS MICRO PRINTED SIGNATURE LINES, A TRUE WATERMARK WHICH CAN BE SEEN FROM BOTH SIDES & INVISIBLE EMBEDDED FIBERS WHICH FLUORESCE YELLOW • VOID IF THESE DO NOT APPEAR

**ORION PRESS**
1224 West Melinda Lane
Phoenix, Arizona 85027
623.582.1010
Fax 623.582.0309

M & I Thunderbird Bank
Phoenix, Arizona
91-404 / 1221

DATE: 02/03/10

**PAY** One Thousand One Hundred Twenty-Two And 31/100 Dollars

CHECK AMOUNT: **1,122.31

TO THE ORDER OF:
BENJAMIN ACOSTA
4110 W EL COMINO DR
PHOENIX                    AZ 85051

ORION PRESS PAYROLL ACCOUNT

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

| | 01/31/10 | EMP. NO: | 459 | SOC. SEC. NO: | XXX-XX-1278 | CHECK NO: | 099621 | CHECK DATE: | 02/17/10 |
|---|---|---|---|---|---|---|---|---|---|
| | 02/13/10 | REGULAR | OVERTIME | SPECIAL | HOLIDAY | VACATION | SICK | TOTAL HOURS | |
| HOURS | | 49.86 | | | | 10.00 | | 59.86 | |
| RATE | | | | | | | | | |
| EARNINGS | | 872.55 | | | | 175.00 | | | |
| OTHER EARNINGS | | | | | | | | | |
| OTHER DEDUCTIONS | | | | | | | | | |

| TAXES | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|
| F.I.C.A | 64.95 | 332.61 |
| MEDICARE | 15.19 | 77.79 |
| FEDERAL W/H | .00 | 57.22 |
| STATE W/H | .00 | 8.86 |
| CITY W/H | .00 | .00 |
| OTHER | .00 | .00 |

**ORION PRESS**
1224 West Melinda Lane • Phoenix, AZ 85027
623.582.1010 • Fax 623.582.0309

YEAR-TO-DATE GROSS: 5,364.51

| GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | TOTAL DEDUCTIONS & TAXES | NET PAY |
|---|---|---|---|---|
| 1,047.55 | 80.14 | | 80.14 | 967.41 |

Vac Due 4.64  Sck Due

THIS DOCUMENT HAS MICRO PRINTED SIGNATURE LINES, A TRUE WATERMARK WHICH CAN BE SEEN FROM BOTH SIDES & INVISIBLE EMBEDDED FIBERS WHICH FLUORESCE YELLOW • VOID IF THESE DO NOT APPEAR

**ORION PRESS**
1224 West Melinda Lane
Phoenix, Arizona 85027
623.582.1010
Fax 623.582.0309

M & I Thunderbird Bank
Phoenix, Arizona
91-404 / 1221

DATE: 02/17/10

PAY  Nine Hundred Sixty-Seven And 41/100 Dollars

CHECK AMOUNT: ****967.41

TO THE ORDER OF:
BENJAMIN ACOSTA
4110 W EL COMINO DR
PHOENIX    AZ 85051

ORION PRESS PAYROLL ACCOUNT

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

| | 02/14/10 | EMP. NO: 459 | SOC. SEC. NO: XXX-XX-1278 | CHECK NO: 099634 | CHECK DATE: 03/03/10 | | |
|---|---|---|---|---|---|---|---|
| | 02/27/10 REGULAR | OVERTIME | SPECIAL | HOLIDAY | VACATION | SICK | TOTAL HOURS |
| HOURS | 79.84 | .02 | | | | | 79.86 |
| RATE | | | | | | | |
| EARNINGS | 1,397.20 | .53 | | | | | |
| OTHER EARNINGS | | | | | | | |
| OTHER DEDUCTIONS | | | | | | | |

| TAXES | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|
| F.I.C.A | 86.66 | 419.27 |
| MEDICARE | 20.27 | 98.06 |
| FEDERAL W/H | 22.00 | 79.22 |
| STATE W/H | 6.19 | 15.05 |
| CITY W/H | .00 | .00 |
| OTHER | .00 | .00 |

**ORION PRESS**
1224 West Melinda Lane • Phoenix, AZ 85027
623.582.1010 • Fax 623.582.0309

**YEAR-TO-DATE GROSS**
6,762.24

| GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | TOTAL DEDUCTIONS & TAXES | NET PAY |
|---|---|---|---|---|
| 1,397.73 | 135.12 | | 135.12 | 1,262.61 |

Vac Due 6.18 Sck Due

THIS DOCUMENT HAS MICRO PRINTED SIGNATURE LINES, A TRUE WATERMARK WHICH CAN BE SEEN FROM BOTH SIDES & INVISIBLE EMBEDDED FIBERS WHICH FLUORESCE YELLOW • VOID IF THESE DO NOT APPEAR

**ORION PRESS**
1224 West Melinda Lane
Phoenix, Arizona 85027
623.582.1010
Fax 623.582.0309

M & I Thunderbird Bank
Phoenix, Arizona
91-404 / 1221

DATE: 03/03/10

**PAY** One Thousand Two Hundred Sixty-Two And 61/100 Dollars

CHECK AMOUNT: **1,262.61

TO THE ORDER OF:
BENJAMIN ACOSTA
4110 W EL COMINO DR
PHOENIX   AZ 85051

ORION PRESS PAYROLL ACCOUNT

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

| | REGULAR | OVERTIME | SPECIAL | HOLIDAY | VACATION | SICK | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| 02/28/10 – 03/13/10 EMP. NO: 459 SOC. SEC. NO: XXX-XX-1278 CHECK NO: 099647 CHECK DATE: 03/17/10 | | | | | | | |
| HOURS | 75.25 | | | | | | 75.25 |
| RATE | | | | | | | |
| EARNINGS | 1,316.88 | | | | | | |
| OTHER EARNINGS | | | | | | | |
| OTHER DEDUCTIONS | | | | | | | |

| TAXES | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|
| F.I.C.A | 81.65 | 500.93 |
| MEDICARE | 19.09 | 117.14 |
| FEDERAL W/H | 13.00 | 92.22 |
| STATE W/H | 3.87 | 18.92 |
| CITY W/H | .00 | .00 |
| OTHER | .00 | .00 |



1224 West Melinda Lane • Phoenix, AZ 85027
623.582.1010 • Fax 623.582.0309

**YEAR-TO-DATE GROSS**
8,079.12

| GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | TOTAL DEDUCTIONS & TAXES | NET PAY |
|---|---|---|---|---|
| 1,316.88 | 117.61 | | 117.61 | 1,199.27 |

Vac Due 7.72  Sck Due

*** THIS DOCUMENT HAS MICRO PRINTED SIGNATURE LINES, A TRUE WATERMARK WHICH CAN BE SEEN FROM BOTH SIDES & INVISIBLE EMBEDDED FIBERS WHICH FLUORESCE YELLOW • VOID IF THESE DO NOT APPEAR ***

**ORION PRESS**
1224 West Melinda Lane
Phoenix, Arizona 85027
623.582.1010
Fax 623.582.0309

M & I Thunderbird Bank
Phoenix, Arizona
91-404 / 1221

DATE: 03/17/10

**PAY** One Thousand One Hundred Ninety-Nine And 27/100 Dollars

CHECK AMOUNT: **1,199.27

**TO THE ORDER OF**
BENJAMIN ACOSTA
4110 W EL COMINO DR
PHOENIX   AZ 85051

**ORION PRESS PAYROLL ACCOUNT**

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

Washington Elementary School District No. 6 - Phoenix, AZ 85021

| Emp No | CK Loc | Employee Name | Period | Check Date | Check No |
|---|---|---|---|---|---|
| 607040 | 20 | MARIA D ACOSTA | 12/19/2009 | 12/24/2009 | 702207230 |

| Job | Type | Hours | Rate | Current | Deductions | Current | Fiscal | Calendar |
|---|---|---|---|---|---|---|---|---|
| 4341 | HOURLY | 60.30 | 10.6000 | 639.18 | FICA-SS | 39.63 | 410.33 | 881.56 |
| | | | | | FICA-MED | 9.27 | 95.96 | 206.15 |
| | | | | | FED TAX | | 28.41 | 168.10 |
| | | | | | TAX AZ | | 7.55 | 41.34 |
| | | | | | RETIREMENT | 57.53 | 595.63 | 1275.87 |
| | | | | | RETIRE LTD | 2.56 | 26.48 | 64.47 |
| | | | | | DIRECT DEP | | | 3307.87 |

| Employer | Current | Fiscal | Calendar |
|---|---|---|---|
| FICA-SS | 39.63 | 410.33 | 881.56 |
| FICA-MED | 9.27 | 95.96 | 206.15 |
| PPO S19 | 346.33 | 2424.31 | 5080.39 |
| RETIREMENT | 57.53 | 595.63 | 1275.87 |
| RETIRE LTD | 2.56 | 26.48 | 64.47 |
| WORKER COM | 6.39 | 66.18 | 123.18 |
| WAIVER | | 46.26 | 46.26 |

| Fiscal Earnings | Calendar Earnings | YTD Federal Taxable Gross | Current Total Pay | Current Deductions | **Current Net Pay** |
|---|---|---|---|---|---|
| 6,618.11 | 14,218.47 | 12,942.60 | 639.18 | 108.99 | **530.19** |

WARRANT 100083

### ACCRUALS SUMMARY

| Description | Beginning Balance | Earned | Used | Ending Balance |
|---|---|---|---|---|
| LEAVE | 56.250 | 0.000 | 0.000 | 56.250 |
| SICK | 12.050 | 0.000 | 0.000 | 12.050 |

### Withholding Allowances

| | M/S | # | Amt/Pct |
|---|---|---|---|
| Federal | M | 00 | $ .00 |

Washington Elementary School District No. 6 - Phoenix, AZ 85021    2010

| Emp No | CK Loc | Employee Name | Period | Check Date | Check No |
|---|---|---|---|---|---|
| 607040 | 20 | MARIA D ACOSTA | 01/02/2010 | 01/08/2010 | 702207858 |

| Job | Type | Hours | Rate | Current | Deductions | Current | Fiscal | Calendar |
|---|---|---|---|---|---|---|---|---|
| 4341 | HOURLY | 30.00 | 10.6000 | 318.00 | FICA-SS | 19.72 | 430.05 | 19.72 |
| 4341 | HOLIDAY | 18.00 | | | FICA-MED | 4.61 | 100.57 | 4.61 |
| 4341 | HOLIDAY | 12.00 | | | FED TAX | | 28.41 | |
| | | | | | TAX AZ | | 7.55 | |
| | | | | | RETIREMENT | 28.62 | 624.25 | 28.62 |
| | | | | | RETIRE LTD | 1.27 | 27.75 | 1.27 |

| Employer | Current | Fiscal | Calendar |
|---|---|---|---|
| FICA-SS | 19.72 | 430.05 | 19.72 |
| FICA-MED | 4.61 | 100.57 | 4.61 |
| PPO S19 | 346.33 | 2770.64 | 346.33 |
| RETIREMENT | 28.62 | 624.25 | 28.62 |
| RETIRE LTD | 1.27 | 27.75 | 1.27 |
| WORKER COM | 3.18 | 69.36 | 3.18 |

| Fiscal Earnings | Calendar Earnings | YTD Federal Taxable Gross | Current Total Pay | Current Deductions | **Current Net Pay** |
|---|---|---|---|---|---|
| 6,936.11 | 318.00 | 289.38 | 318.00 | 54.22 | **263.78** |

WARRANT 100084

| | ACCRUALS SUMMARY | | | |
|---|---|---|---|---|
| Description | Beginning Balance | Earned | Used | Ending Balance |
| LEAVE | 56.250 | 0.000 | 0.000 | 56.250 |
| SICK | 12.050 | 0.000 | 0.000 | 12.050 |

| Withholding Allowances | M/S | # | Amt/Pct |
|---|---|---|---|
| Federal | M | 00 | $ .00 |

Washington Elementary School District No. 6 - Phoenix, AZ 85021

| Emp No | CK Loc | Employee Name | Period | Check Date | Check No |
|---|---|---|---|---|---|
| 607040 | 20 | MARIA D ACOSTA | 01/16/2010 | 01/22/2010 | 702208492 |

| Job | Type | Hours | Rate | Current | Deductions | Current | Fiscal | Calendar |
|---|---|---|---|---|---|---|---|---|
| 4341 | HOURLY | 66.20 | 10.6000 | 701.72 | FICA-SS | 43.51 | 473.56 | 63.23 |
| 4341 | LEAVE | 2.60 | | | FICA-MED | 10.17 | 110.74 | 14.78 |
| | | | | | FED TAX | 10.96 | 39.37 | 10.96 |
| | | | | | TAX AZ | 2.69 | 10.24 | 2.69 |
| | | | | | RETIREMENT | 63.15 | 687.40 | 91.77 |
| | | | | | RETIRE LTD | 2.81 | 30.56 | 4.08 |

| Employer | Current | Fiscal | Calendar |
|---|---|---|---|
| FICA-SS | 43.51 | 473.56 | 63.23 |
| FICA-MED | 10.17 | 110.74 | 14.78 |
| PPO S19 | 346.33 | 3116.97 | 692.66 |
| RETIREMENT | 63.15 | 687.40 | 91.77 |
| RETIRE LTD | 2.81 | 30.56 | 4.08 |
| WORKER COM | 7.02 | 76.38 | 10.20 |

| Fiscal Earnings | Calendar Earnings | YTD Federal Taxable Gross | Current Total Pay | Current Deductions | Current Net Pay |
|---|---|---|---|---|---|
| 7,637.83 | 1,019.72 | 927.95 | 701.72 | 133.29 | 568.43 |

WARRANT 100085

ACCRUALS SUMMARY

| Description | Beginning Balance | Earned | Used | Ending Balance |
|---|---|---|---|---|
| LEAVE | 56.250 | 0.000 | 2.600 | 53.650 |
| SICK | 12.050 | 0.000 | 0.000 | 12.050 |

Withholding Allowances

| | M/S | # | Amt/Pct |
|---|---|---|---|
| Federal | M | 00 | $ .00 |

Case 2:10-bk-08802-RTB    Doc 13    Filed 05/12/10    Entered 05/12/10 16:25:13    Desc
Main Document    Page 11 of 15

Washington Elementary School District No. 6 - Phoenix, AZ 85021

| Emp No | CK Loc | Employee Name | Period | Check Date | Check No |
|---|---|---|---|---|---|
| 607040 | 20 | MARIA D ACOSTA | 01/30/2010 | 02/05/2010 | 702209165 |

| Job | Type | Hours | Rate | Current | Deductions | Current | Fiscal | Calendar |
|---|---|---|---|---|---|---|---|---|
| 4341 | HOURLY | 65.00 | 10.6000 | 689.00 | FICA-SS | 42.72 | 516.28 | 105.95 |
| 4341 | LEAVE | 6.00 | | | FICA-MED | 9.99 | 120.73 | 24.77 |
| 4341 | HOLIDAY | 6.00 | | | 457B METLI | 30.00 | 30.00 | 30.00 |
| | | | | | FED TAX | 6.80 | 46.17 | 17.76 |
| | | | | | TAX AZ | 1.67 | 11.91 | 4.36 |
| | | | | | RETIREMENT | 62.01 | 749.41 | 153.78 |
| | | | | | RETIRE LTD | 2.76 | 33.32 | 6.84 |

| Employer | Current | Fiscal | Calendar |
|---|---|---|---|
| FICA-SS | 42.72 | 516.28 | 105.95 |
| FICA-MED | 9.99 | 120.73 | 24.77 |
| PPO S19 | 346.33 | 3463.30 | 1038.99 |
| RETIREMENT | 62.01 | 749.41 | 153.78 |
| RETIRE LTD | 2.76 | 33.32 | 6.84 |
| WORKER COM | 6.89 | 83.27 | 17.09 |

| Fiscal Earnings | Calendar Earnings | YTD Federal Taxable Gross | Current Total Pay | Current Deductions | Current Net Pay |
|---|---|---|---|---|---|
| 8,326.83 | 1,708.72 | 1,524.94 | 689.00 | 155.95 | 533.05 |

WARRANT 100086

ACCRUALS SUMMARY

| Description | Beginning Balance | Earned | Used | Ending Balance |
|---|---|---|---|---|
| LEAVE | 53.650 | 0.000 | 6.000 | 47.650 |
| SICK | 12.050 | 0.000 | 0.000 | 12.050 |

Withholding Allowances

| | M/S | # | Amt/Pct |
|---|---|---|---|
| Federal | M | 00 | $ .00 |

Case 2:10-bk-08802-RTB   Doc 13   Filed 05/12/10   Entered 05/12/10 16:25:13   Desc
Main Document   Page 12 of 15

Washington Elementary School District No. 6 - Phoenix, AZ 85021

| Emp No | CK Loc | Employee Name | Period | Check Date | Check No |
|---|---|---|---|---|---|
| 607040 | 20 | MARIA D ACOSTA | 02/13/2010 | 02/19/2010 | 702209886 |

| Job | Type | Hours | Rate | Current | Deductions | Current | Fiscal | Calendar |
|---|---|---|---|---|---|---|---|---|
| 4341 | HOURLY | 65.80 | 10.6000 | 697.48 | FICA-SS | 43.24 | 559.52 | 149.19 |
| 4341 | LEAVE | 6.00 | | | FICA-MED | 10.11 | 130.84 | 34.88 |
| | | | | | 457B METLI | 30.00 | 60.00 | 60.00 |
| | | | | | FED TAX | 7.57 | 53.74 | 25.33 |
| | | | | | TAX AZ | 1.85 | 13.76 | 6.21 |
| | | | | | RETIREMENT | 62.77 | 812.18 | 216.55 |
| | | | | | RETIRE LTD | 2.79 | 36.11 | 9.63 |

| Employer | Current | Fiscal | Calendar |
|---|---|---|---|
| FICA-SS | 43.24 | 559.52 | 149.19 |
| FICA-MED | 10.11 | 130.84 | 34.88 |
| PPO S19 | 346.33 | 3809.63 | 1385.32 |
| RETIREMENT | 62.77 | 812.18 | 216.55 |
| RETIRE LTD | 2.79 | 36.11 | 9.63 |
| WORKER COM | 6.97 | 90.24 | 24.06 |

| Fiscal Earnings | Calendar Earnings | YTD Federal Taxable Gross | Current Total Pay | Current Deductions | Current Net Pay |
|---|---|---|---|---|---|
| 9,024.31 | 2,406.20 | 2,129.65 | 697.48 | 158.33 | **539.15** |

WARRANT 100087

| ACCRUALS SUMMARY | | | | |
|---|---|---|---|---|
| Description | Beginning Balance | Earned | Used | Ending Balance |
| LEAVE | 47.650 | 0.000 | 6.000 | 41.650 |
| SICK | 12.050 | 0.000 | 0.000 | 12.050 |

| Withholding Allowances | M/S | # | Amt/Pct |
|---|---|---|---|
| Federal | M | 00 | $ .00 |

Case 2:10-bk-08802-RTB   Doc 13   Filed 05/12/10   Entered 05/12/10 16:25:13   Desc
Main Document    Page 13 of 15

Washington Elementary School District No. 6 - Phoenix, AZ 85021

| Emp No | CK Loc | Employee Name | Period | Check Date | Check No |
|---|---|---|---|---|---|
| 607040 | 20 | MARIA D ACOSTA | 02/27/2010 | 03/05/2010 | 702210582 |

| Job | Type | Hours | Rate | Current | Deductions | Current | Fiscal | Calendar |
|---|---|---|---|---|---|---|---|---|
| 4341 | HOURLY | 64.40 | 10.6000 | 682.64 | FICA-SS | 42.32 | 601.84 | 191.51 |
| 4341 | SICK | 6.00 | | | FICA-MED | 9.90 | 140.74 | 44.78 |
| 4341 | HOLIDAY | 6.00 | | | 457B METLI | 30.00 | 90.00 | 90.00 |
| | | | | | FED TAX | 6.22 | 59.96 | 31.55 |
| | | | | | TAX AZ | 1.52 | 15.28 | 7.73 |
| | | | | | RETIREMENT | 61.44 | 873.62 | 277.99 |
| | | | | | RETIRE LTD | 2.73 | 38.84 | 12.36 |

| Employer | Current | Fiscal | Calendar |
|---|---|---|---|
| FICA-SS | 42.32 | 601.84 | 191.51 |
| FICA-MED | 9.90 | 140.74 | 44.78 |
| PPO S19 | 346.33 | 4155.96 | 1731.65 |
| RETIREMENT | 61.44 | 873.62 | 277.99 |
| RETIRE LTD | 2.73 | 38.84 | 12.36 |
| WORKER COM | 6.83 | 97.07 | 30.89 |

| Fiscal Earnings | Calendar Earnings | YTD Federal Taxable Gross | Current Total Pay | Current Deductions | Current Net Pay |
|---|---|---|---|---|---|
| 9,706.95 | 3,088.84 | 2,720.85 | 682.64 | 154.13 | 528.51 |

WARRANT 100088

### ACCRUALS SUMMARY

| Description | Beginning Balance | Earned | Used | Ending Balance |
|---|---|---|---|---|
| LEAVE | 41.650 | 0.000 | 0.000 | 41.650 |
| SICK | 12.050 | 0.000 | 6.000 | 6.050 |

### Withholding Allowances

| | M/S | # | Amt/Pct. |
|---|---|---|---|
| Federal | M | 00 | $ .00 |

Case 2:10-bk-08802-RTB    Doc 13    Filed 05/12/10    Entered 05/12/10 16:25:13    Desc
Main Document    Page 14 of 15

Washington Elementary School District No. 6 - Phoenix, AZ 85021

| Emp No | CK Loc | Employee Name | Period | Check Date | Check No |
|---|---|---|---|---|---|
| 607040 | 20 | MARIA D ACOSTA | 03/13/2010 | 03/18/2010 | 702211287 |

| Job | Type | Hours | Rate | Current | Deductions | Current | Fiscal | Calendar |
|---|---|---|---|---|---|---|---|---|
| 4341 | HOURLY | 64.80 | 10.6000 | 686.88 | FICA-SS | 42.59 | 644.43 | 234.10 |
| | | | | | FICA-MED | 9.96 | 150.70 | 54.74 |
| | | | | | 457B METLI | 30.00 | 120.00 | 120.00 |
| | | | | | FED TAX | 6.61 | 66.57 | 38.16 |
| | | | | | TAX AZ | 1.62 | 16.90 | 9.35 |
| | | | | | RETIREMENT | 61.82 | 935.44 | 339.81 |
| | | | | | RETIRE LTD | 2.75 | 41.59 | 15.11 |

| Employer | Current | Fiscal | Calendar |
|---|---|---|---|
| FICA-SS | 42.59 | 644.43 | 234.10 |
| FICA-MED | 9.96 | 150.70 | 54.74 |
| PPO S19 | 346.33 | 4502.29 | 2077.98 |
| RETIREMENT | 61.82 | 935.44 | 339.81 |
| RETIRE LTD | 2.75 | 41.59 | 15.11 |
| WORKER COM | 6.87 | 103.94 | 37.76 |

| Fiscal Earnings | Calendar Earnings | YTD Federal Taxable Gross | Current Total Pay | Current Deductions | Current Net Pay |
|---|---|---|---|---|---|
| 10,393.83 | 3,775.72 | 3,315.91 | 686.88 | 155.35 | 531.53 |

WARRANT 100089

### ACCRUALS SUMMARY

| Description | Beginning Balance | Earned | Used | Ending Balance |
|---|---|---|---|---|
| LEAVE | 41.650 | 0.000 | 0.000 | 41.650 |
| SICK | 6.050 | 0.000 | 0.000 | 6.050 |

### Withholding Allowances

| | M/S | # | Amt/Pct |
|---|---|---|---|
| Federal | M | 00 | $ .00 |